# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| **HOLLIE ACKERLEY,** individually and on behalf of similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> **PIZZA 21 LLC d/b/a "Domino's Pizza"** and **STAN GAGE,** individually, <br><br> Defendants. | **Case No. 4:21-CV-36-M** <br><br> **Jury Demanded** |

## NOTICE OF VOLUNARY DISMISSAL

Plaintiff Hollie Ackerley, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby dismisses her claims against Pizza 21 LLC and Stan Gage without prejudice.

Respectfully submitted,

/s/ Jacob J. Modla
Jacob J. Modla
N.C Bar ID No: 17534
**LAW OFFICES OF JASON E. TAYLOR**
115 Elk Ave.
Rock Hill, SC 29730
T: 803-328-0898
E-Mail: jmodla@jasonetaylor.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

Service of this document will be made on Defendants in accordance with the Federal Rules of Civil Procedure.

/s/ *Jacob J. Modla*
**Jacob J. Modla**